UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAMMY KIDWELL, *et al.*                    CIVIL ACTION

VERSUS                                     NO. 18-2052 c/w 19-11419

RUBY IV, L.L.C., *et al.*                  SECTION M (5)
                                           *Pertains to all cases*

**ORDER & REASONS**

Before the Court is a motion by plaintiffs for partial summary judgment as to: (1) the corporate defendants' status as a single integrated enterprise and joint employer under the Fair Labor Standards Act ("FLSA"); and (2) individual defendant Nadia Esmail's status as an employer under the FLSA.[1] In response, defendants Ruby Enterprises, LLC, Ruby Management, Inc., Ruba, LLC, Ruba III, LLC, Ruby IV, LLC, Ruby V, LLC, Ruby VI, LLC, Ruby VII, LLC, Ruby VIII, LLC, Ruby I.X., LLC, Ruby X, LLC, Ruby XI, LLC, Ruby XII, LLC, Ruby XIV, LLC, Ruby XV, LLC, Nadia Esmail, and Mohammad Esmail (collectively "Defendants") state that they do not oppose the ultimate determinations, for the purposes of this litigation, that all corporate defendants comprise a single integrated enterprise and joint employer as defined by the FLSA, and that Nadia Esmail is an employer for the purposes of the FLSA.[2] Accordingly, having considered the parties memoranda,[3] the record and the applicable law,

IT IS ORDERED that plaintiffs' motion for partial summary judgment (R. Doc. 399) is GRANTED, and for the purposes of this litigation, all corporate defendants (Ruby Enterprises, LLC, Ruby Management, Inc., Ruba, LLC, Ruba III, LLC, Ruby IV, LLC, Ruby V, LLC, Ruby

---

[1] R. Doc. 399.
[2] R. Doc. 431 at 1.
[3] R. Docs. 399, 431 & 447.

VI, LLC, Ruby VII, LLC, Ruby VIII, LLC, Ruby I.X., LLC, Ruby X, LLC, Ruby XI, LLC, Ruby XII, LLC, Ruby XIV, LLC, and Ruby XV, LLC) comprise a single integrated enterprise and joint employer as defined by the FLSA, and Nadia Esmail is an employer for the purposes of the FLSA.

New Orleans, Louisiana, this 28th day of August, 2020.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE