IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| TAMMY KIDWELL, on behalf of herself and all others similarly situated, | § § § | No. 18-cv-2052 c/w 19-11419 |
| Plaintiff, | § § | Applies to all cases |
| v. | § § | |
| RUBY IV, LLC, *et al.* | § § | Section M (5) |
| Defendants | § § § § | |

JOINT MOTION FOR SETTLEMENT APPROVAL

Named plaintiffs, Tammy Kidwell, Candas Green, Christie Bonamour, and Shannon Showalter and all opt-in plaintiffs who they represent (collectively "Plaintiffs"), and Defendants Nadia Esmail, Mohammad "Mike" Esmail, Ruby Enterprises, LLC, Ruby Management, Inc., Ruba, LLC, Ruba Development Manager, LLC, Ruba II, LLC, Ruba, III, LLC, Ruby IV, LLC, Ruby V, LLC, Ruby VI, LLC, Ruby VII, LLC, Ruby VIII, LLC, Ruby I.X., LLC, Ruby X, LLC, Ruby XI, LLC, Ruby XII, LLC, Ruby XIV, LLC, and Ruby XV, LLC, (collectively, the "Ruby Defendants") (sometimes collectively referred to as "the Parties") hereby jointly move for the Court to approve their pending settlement of the plaintiffs' FLSA cases in the consolidated actions of *Kidwell v. Ruby IV, LLC et al.*, no. 18-cv-2052, and *Green et al. v. Ruby Enterprises, LLC*, no. 19-cv-11419. The terms of that settlement are set forth more fully in the attached memorandum and exhibits.

This motion is brought pursuant to 29 U.S.C. § 216(b), and is based on the accompanying memorandum, all exhibits thereto, the entire court file in both of these consolidated matters, and any such argument or evidence as may be submitted to the Court at hearing on this motion.

1

Dated:  March 12, 2021                                Respectfully Submitted:


/s Charles J. Stiegler
Charles J. Stiegler, #33456
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com


and

Christopher L. Williams (T.A.)
WILLIAMS LITIGATION, L.L.C.
La. Bar Roll No. 32269
639 Loyola Ave., Suite 1850
    New Orleans, LA 70113
Telephone: 504.308.1438
Fax: 504.308.1446
chris@williamslitigation.com

**_Attorneys for Plaintiffs_**


and


         s/ John O. Pieksen, Jr.
Michael G. Bagneris (Bar #2658)
John O. Pieksen, Jr. (Bar #21023)
***Bagneris, Pieksen & Associates, LLC***
935 Gravier Street, Suite 2110
New Orleans, LA   70112
Phone (504) 493-7990 | Fax (504) 493-7991
Email:   bagneris@bpajustice.com
              pieksen@bpajustice.com

and

2

Albert A. Thibodeaux (Bar #24895)
***Davillier Law Group, LLC***
935 Gravier Street, Suite 1702
New Orleans, LA   70112
Phone (504) 582-6998 | Fax (504) 582-6985
Email:
athibodeaux@davillierlawgroup.com

***<u>Counsel for Defendants</u>***