UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAMMY KIDWELL, on behalf of herself and all others similarly situated,**<br><br>**VERSUS**<br><br>**RUBY IV, LLC,** *et al.* | CIVIL ACTION<br><br>NO. 18-2050 c/w 19-11419<br><br>SECTION M (5) |

## ORDER APPROVING SETTLEMENT

Currently before the Court is a joint motion (R. Doc. 556) brought by named plaintiffs, Tammy Kidwell, Candas Green, Christie Bonamour, and Shannon Showalter and all opt-in plaintiffs who they represent (collectively "Plaintiffs"), and Defendants Nadia Esmail, Mohammad "Mike" Esmail, Ruby Enterprises, LLC, Ruby Management, Inc., Ruba, LLC, Ruba Development Manager, LLC, Ruba II, LLC, Ruba, III, LLC, Ruby IV, LLC, Ruby V, LLC, Ruby VI, LLC, Ruby VII, LLC, Ruby VIII, LLC, Ruby I.X., LLC, Ruby X, LLC, Ruby XI, LLC, Ruby XII, LLC, Ruby XIV, LLC, and Ruby XV, LLC, (collectively, the "Ruby Defendants"), seeking Court approval of their pending settlement of the plaintiffs' FLSA cases in the consolidated actions of *Kidwell v. Ruby IV, LLC et al.*, no. 18-cv-2052, and *Green et al. v. Ruby Enterprises, LLC*, no. 19-cv-11419.

The Court hereby finds that, for the reasons set forth in the parties' memorandum, there is a *bona fide* dispute regarding the hours worked and wages owed pursuant to the FLSA, as well as the applicability of defendants' asserted FLSA defenses. Moreover, the proposed payment of $1.05 million to members of the collective, with separate payment of attorneys' fees, costs, and

expenses, is a fair and reasonable compromise of those claims in light of the factors set forth in *Reed v. General Motors Corp.*, 703 F.2d 170, 172 (5th Cir. 1983).

The motion is therefore GRANTED. The Court hereby (1) approves the proposed settlement as fair, adequate, and reasonable; (2) approves the payment of service awards to plaintiffs Kidwell, Green, Bonamour, and Showalter; (3) incorporates the terms of the Settlement Agreement herein by reference, *in globo* and *in extenso*, as if set forth fully herein; and (4) finds that plaintiffs are the prevailing party and are authorized to file a separate motion for attorneys' fees, costs, and expenses.

New Orleans, Louisiana, this 15th day of March, 2021.

_____
BARRY W. ASHE
UNITED STATES DISTRICT JUDGE