IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAMMY KIDWELL, on behalf of herself and all others similarly situated,<br><br>    Plaintiff,<br>v.<br><br>RUBY IV, LLC, *et al.*<br><br>    Defendants | No. 18-cv-2052 c/w 19-11419<br><br>Applies to all cases<br><br>Section M (5) |

**NOTICE OF SETTLEMENT AS TO PLAINTIFFS' MOTION FOR ATTORNEY'S FEES, COSTS, AND EXPENSES**

Named plaintiffs Tammy Kidwell, Candas Green, Christie Bonamour, and Shannon Showalter, on behalf of themselves and all other opt-in plaintiffs (collectively "plaintiffs") respectfully file this Notice of Settlement regarding plaintiffs' motion for attorneys' fees, costs, and expenses.

On or about May 21, 2021, the parties executed a Settlement Agreement regarding plaintiffs' motion for attorneys' fees, costs, and expenses in the amount of $648,830.21. (Exhibit A at ¶ 2). The Settlement Agreement provides a payment plan for defendants to pay the $648,830.21, with the last payment due on or before December 1, 2021. (*Id.* at ¶ 3(i) –(vi)). Finally, the Settlement Agreement provides that "[t]he parties agree to file this Settlement Agreement with the Court" and that "[t]he Court shall retain jurisdiction over this case to enforce the terms of the Settlement Agreement and the case will not be dismissed until all payments described herein have been made." (*Id.* at ¶ 14).

On May 5, 2021, the Court issued an Order specifically "retains[ing] jurisdiction for all purposes, including enforcing the settlement agreements entered into by the parties." (Doc. # 592).

1

Plaintiffs therefore file the Settlement Agreement with the Court pursuant to Paragraph 14 of the parties' Agreement so that the document is in the record in the event that one of the parties must seek relief from the Court to enforce the terms of the Settlement Agreement.

Dated: May 25, 2021                    Respectfully Submitted:

**WILLIAMS LITIGATION, L.L.C.**

By: s/Christopher L. Williams
Christopher L. Williams (T.A.)
La. Bar Roll No. 32269
639 Loyola Ave., Suite 1850
New Orleans, LA 70113
Telephone: 504.308.1438
Fax: 504.308.1446
chris@williamslitigation.com

Charles J. Stiegler, #33456
STIEGLER LAW FIRM LLC
318 Harrison Ave., Suite 104
New Orleans, La. 70124
(504) 267-0777 (telephone)
(504) 513-3084 (fax)
Charles@StieglerLawFirm.com

*Attorneys for Plaintiffs*